IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40764
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATTI JOANN ALLEN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-47-1
--------------------
February 13, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Patti Joann Allen appeals from her conviction by guilty plea of possessing an unregistered destructive device and aiding and abetting. She contends that she was deprived of her right of allocution at sentencing.

The district judge gave Allen the opportunity to speak at sentencing; Allen took advantage of that opportunity. The district judge was skeptical of Allen's statements at sentencing; his questions and comments did not deprive Allen of the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

opportunity to speak in mitigation of sentence.  *See United States v. Myers*, 150 F.3d 459, 461 (5th Cir. 1998).

AFFIRMED.